IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | FILED UNDER SEAL |
|---|---|---|
| v. | § | No. 4:24-CR-206 |
| [REDACTED] | § | Judge Mazzant |

Third Superseding Indictment/Notice of Penalty – Page 1



NATHAN TAYLOR (46)

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

## THIRD SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture

Third Superseding Indictment/Notice of Penalty – Page 2

and Distribute and Distribution of Methamphetamine)

That from sometime in or about January 2020, and continuously thereafter up to and including the date of this Third Superseding Indictment, in the Eastern District of Texas and elsewhere,



**Third Superseding Indictment/Notice of Penalty – Page 3**



Nathan Taylor

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute and the distribution of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual).

In violation of 21 U.S.C. § 846.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Third Superseding Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853,

all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located in Kaufman County, Texas at **7709 FM 2728, Terrell, Texas 75151**, more fully described as PHILLIP WALKER, TRACE 270.00; 5.0 ACRES. Abstract/Subdivision number A0569.

A TRUE BILL

_____
GRAND JURY FOREPERSON

ABE MCGLOTHIN, JR.
ACTING UNITED STATES ATTORNEY

_____   _____
HEATHER RATTAN                  Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | FILED UNDER SEAL |
| v. | | No. 4:24-CR-206 |
|  | | Judge Mazzant |

**Third Superseding Indictment/Notice of Penalty – Page 6**



NATHAN TAYLOR (46)

§ § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § §

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

Penalty:    If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine

Third Superseding Indictment/Notice of Penalty – Page 7

(actual) – not less than 10 years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years

Special Assessment: $100.00